## Yeier, Appellant, v. Sun Insurance Office.

OPINION BY HENDERSON, J., May 7, 1917:

This is an appeal from the action of the court below discharging a rule for judgment for want of a sufficient affidavit of defense.   The same questions arise which were considered in an opinion now filed in the case of Francis Yeier v. Camden Fire Ins. Association.   For the reasons there given the judgment from which this appeal was taken is affirmed and the record remitted without prejudice.